**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARIST HAGGINS, | ) NO. ED CV 16-1997-R(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| M. BAUGMAN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: October 18, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE